UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RONALD A. SCACCIA,

                                       Plaintiff,

v.

COUNTY OF ONONDAGA, NEW YORK;
TIMOTHY H. COWIN; KEVIN E. WALSH; and
MARK JOHNSTON, M.D.,

                                      Defendants.

Civil Action No.
5:07-CV-0207, GTS/ATB

**STIPULATION OF DISCONTINUANCE**

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the only pending claim in the above-entitled action -- that is, Plaintiff's <u>Eighth Amendment</u> claim against Defendant Johnston in his individual capacity -- be, and the same hereby is discontinued, with prejudice, and without costs or attorney's fees to either party as against the other.

    This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 26, 2011

THE HON. GORDON J. CUFFY
Onondaga County Attorney
*Attorney for Defendant Johnston*

*/s/ Carol L. Rhinehart*
Carol L. Rhinehart, Esq.
Deputy County Attorney
Bar Roll No. 509096

County of Onondaga Department of Law
421 Montgomery Street, 10th Floor
Syracuse, New York 13202
(315) 435-2170

Dated: August 24th, 2011

SCACCIA LAW FIRM
*Attorneys for Plaintiff*

*/s/ Dante M. Scaccia*
Dante M. Scaccia, Esq.
Bar Roll No. 505749

State Tower Building
109 South Warren Street, Suite 402
Syracuse, New York 13202
(315) 422-4000

IT IS SO ORDERED:

*/s/ Glenn T. Suddaby*
Glenn T. Suddaby
U.S. District Judge
Dated: 9/16/11

**FILED** SEP 16 2011
U.S. DISTRICT COURT - N.D. OF N.Y.
Lawrence K. Baerman, Clerk - Syracuse